FILED

OCT 21 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAMES SIRACUSANO, Individually and on behalf of all others similarly situated, | |
| Plaintiff - Appellant, | No. 06-15677 |
| NECA-IBEW PENSION FUND, | DC Nos. CV 04-0886 MHM<br>CV 04-1012 MHM |
| Claimant - Appellant, | |
| v. | O R D E R |
| MATRIXX INITIATIVES, INC.; CARL J. JOHNSON; WILLIAM J. HEMELT, | |
| Defendants - Appellees. | |

Before: SCHROEDER, TASHIMA and BEA, Circuit Judges.

Appellees' motion to take judicial notice, filed October 5, 2006, and appellees' supplemental request for judicial notice, filed June 8, 2009, are denied.