IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James V. Siracusano, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> Matrixx Initiatives, Inc., et al., <br><br> Defendants. | No. CV 04-00886-PHX-NVW <br><br> (Consolidated with No. CV 04-1012) <br><br> **AMENDED (line 18) ORDER** |

After considering Lead Plaintiff's Motion for Class Certification (Doc. 121) and the papers filed in support of the Motion, and the opposition (Doc. 128) to the Motion, and good cause shown,

IT IS ORDERED that:

1. Lead Plaintiff's Motion for Class Certification (Doc. 121) is GRANTED;

2. The Class is defined as all persons or entities who, between October 22, 2003 and February 6, 2004, inclusive, purchased the publicly traded securities of Matrixx Initiatives, Inc. ("Matrixx" or the "Company") and who were damaged thereby (the "Class"). Excluded from the Class are defendants, directors and officers of Matrixx and their families and affiliates;

3. Lead Plaintiff NECA-IBEW Pension Fund (the Decatur Plan) is appointed as representative of the Class; and

4.     Robbins Geller Rudman & Dowd LLP is appointed Class Counsel and Bonnett Fairbourn, Friedman & Balint P.C. is appointed liaison counsel for the Class.

DATED this 27th day of February, 2012.

_____
Neil V. Wake
United States District Judge

- 2 -